# SCHEDULE A

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Zervonic | A10JAF5PCMFMUF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10JAF5PCMFMUF |
| 2 | thriveo | A1247RYOV5QE0R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1247RYOV5QE0R |
| 3 | mengzhishangmao | A25VC6G2XEI58E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25VC6G2XEI58E |
| 4 | BONBLOOM LIMITED | A2G2MGVWM5EDR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2G2MGVWM5EDR |
| 5 | Yinghekeji | A2GUL4SNJ7NUV1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GUL4SNJ7NUV1 |
| 7 | Sunny Sling | A2SYZKJFDOZKZH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SYZKJFDOZKZH |
| 9 | Cigndindo | A3B4AN50NM75CT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3B4AN50NM75CT |
| 11 | Verve Base | A3OTWVF378HDHP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OTWVF378HDHP |
| 14 | huanglading | AT26FJC0QPNVC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AT26FJC0QPNVC |
| 15 | kelanqinjiu | AZQO2T1G9Y7WI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZQO2T1G9Y7WI |
| 16 | Yunyao | 102572069 | https://www.walmart.com/reviews/seller/102572069 |
| 17 | Sherenzhuangliang | 102853748 | https://www.walmart.com/reviews/seller/102853748 |